## State-Dime Savings Bank *v.* Gargano Brothers et al.

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Robert H. Nathan,* for the appellee (plaintiff).

*Gerald R. Lublin,* for the appellant (named defendant).

Argued April 6—decided April 6, 1976

## City of Hartford *v.* Local 308, International Brotherhood of Police Officers

## Klaus Hirnschal et al. *v.* City of Hartford

The motion by the city of Hartford to set aside the judgments of the trial court in the consolidated appeals from the Superior Court in Hartford County is denied.

*Peter G. Boucher,* assistant corporation counsel, for the appellant (city of Hartford).

*Ronald E. Cassidento,* for the appellees (Hirnschal et al.).